# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 3040 Disciplinary Docket No. 3 |
| | : |
| BRUCE K. WARREN, JR. | : No. 35 DB 2024 |
| | : |
| | : (Supreme Court of New Jersey, D-33 |
| | : September Term 2023) |
| | : |
| | : Attorney Registration No. 89677 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of June, 2024, upon consideration of the responses to a Notice and Order directing Respondent to provide reasons against the imposition of reciprocal discipline, Bruce K. Warren, Jr., is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of six months, consistent with the Order of the Supreme Court of New Jersey entered on February 2, 2024. He shall comply with the provisions of Pa.R.D.E. 217.